MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
1001 Sixth Street, Suite 400
Sacramento, CA 95814
(916) 447-1965; Fax: (916) 447-1940
Long_5999@msn.com

Attorney for Defendant
BELINDA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BELINDA MARTINEZ,<br><br>　　　　Defendant. | Cr. S- 05-374 WBS<br><br>**REQUEST FOR EXCLUDABLE TIME**<br><br>Date: 11-2-05<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

　　　Defendant BELINDA MARTINEZ seeks an order excluding time under the Speedy Trial Act from September 26, 2005, through November 2, 2005, for the reasons set forth in the accompanying affidavit concerning reasonably necessary time for the defense attorney to prepare Ms. Martinez's defense and for continuity of counsel.

Dated: October 26, 2005

　　　　　　　　　　　　/s/ Michael D. Long
　　　　　　　　　　　　_____
　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　Attorney for Defendant BELINDA MARTINEZ

MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
1001 Sixth Street, Suite 400
Sacramento, CA 95814
(916) 447-1965; Fax: (916) 447-1940
Long_5999@msn.com

Attorney for Defendant
BELINDA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>BELINDA MARTINEZ,<br><br>          Defendant. | Cr. S- 05-374<br><br>**AFFIDAVIT**<br><br>Date: 11-2-05<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

I, Michael D. Long, declare as follows:

1.     I am the retained attorney of record for Ms. Martinez.

2.     Ms. Martinez has been undergoing counseling for anxiety and depression from three individuals - a doctor and two therapists.  To properly prepare the defense to this case, Ms. Martinez has been continuing her therapy and having her medications adjusted to treat the anxiety and depression.  The medical doctor has been changing her medications to attempt to assist Ms. Martinez.  Now that Ms. Martinez has had the additional counseling sessions and the medication adjustments, I need to acquire the medical and therapy records from the

2

doctor and the therapists.  Accordingly, an exclusion of time is necessary under Local Code T-4 (18 U.S.C. 3161(h)(8)(B).

3.      An additional reason for excluding time is Mr. Long's trial schedule.  Mr. Long began a conspiracy to commit murder jury trial in Department 11 of the Sacramento County Superior Court (Judge Ohanesian) on October 18, 2005, and the trial is expected to be completed during the first week of December.  An exclusion for continuity of counsel would also be appropriate under Local Code T-4 (18 U.S.C. 3161(h)(8)(B) is necessary.

I declare under the penalty of perjury that the above is true and correct.  Executed on October 26, 2005.

/s/ Michael D. Long

Michael D. Long

I agree that time should be excluded for the reasons state by Mr. Long.  Signed on October 26, 2005.

/s/ Belinda Martinez

Belinda Martinez

| | |
|---|---|
| 1 | MICHAEL D. LONG |
| 2 | Attorney at Law |
| | State Bar No. 149475 |
| 3 | 1001 Sixth Street, Suite 400 |
| | Sacramento, CA 95814 |
| 4 | (916) 447-1965; Fax: (916) 447-1940 |
| 5 | Long_5999@msn.com |

Attorney for Defendant
BELINDA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S- 05-374 |
| Plaintiff, | |
| vs. | **Order** |
| **BELINDA MARTINEZ,** | |
| Defendant. | Date: 11-2-05 |
| | Time: 9:00 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HERBY ORDERED that time is excluded from the Speedy Trial Act from September 26, 2005 through November 2, 2005, pursuant to Local Code T-4 (18 U.S.C. 3161(h)(8)(B) to permit defense counsel reasonable time to prepare and to allow continuity of counsel.

Dated: October 26, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE