MCGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S 05-374 WBS |
| Plaintiff, | **ORDER EXCLUDING TIME** |
| v. | |
| BELINDA MARTINEZ, | |
| Defendant. | |

Defendant Belinda Martinez seeks an order excluding time pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code T4 from November 2, 2005 through and including December 7, 2005, for the purpose of defense counsel preparation. The parties are negotiating a disposition of the case and time is necessary to prepare and discuss the plea offer. The Government joins in the request for exclusion of time. Both parties believe good cause has been shown to exclude time, taking into consideration the public interest in the prompt

///
///

1

disposition of criminal cases.

Dated:   November 2, 2005

           Respectfully submitted,

           McGREGOR W. SCOTT
           United States Attorney

       By:   /s/ Ellen V. Endrizzi
           ELLEN V. ENDRIZZI
           Assistant U.S. Attorney


           MICHAEL D. LONG, CBN 149475

       By:   /s/ Michael D. Long
           per oral authority

           Law Office of Michael D. Long
           1001 Sixth Street, Suite 400
           Sacramento, CA 95814
           (916) 447-1965

           Attorney for Defendant
           Belinda Martinez



## **O R D E R**

Good cause having been shown, time is excluded in Case No. 05-374 WBS from November 2, 2005 through and including December 7, 2005, for defense counsel preparation and continuing plea negotiation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4.

  IT IS SO ORDERED.


Dated:   November 3, 2005  /s/ Lawrence K. Karlton
             HONORABLE LAWRENCE K. KARLTON
             Senior United States District Judge

2