MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
1001 Sixth Street, Suite 400
Sacramento, CA 95814
(916) 447-1965; Fax: (916) 447-1940
Long_5999@msn.com

Attorney for Defendant
BELINDA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BELINDA MARTINEZ,<br><br>Defendants. | Cr. S- 05-374 WBS<br><br>**ORDER TO CONTINUE STATUS CONFERENCE TO JANUARY 4, 2006**<br><br>Date: 12-7-05<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

GOOD CAUSE APPEARING, it is hereby ORDERED that the status conference currently scheduled for December 7, 2005 at 9:00 a.m. be continued to January 4, 2006, at 9:00 a.m.

**STIPULATION**

Time shall be excluded from the Speedy Trial Act calculation from the date of December 7, 2005, until January 4, 2006, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T2 for continuity of counsel and Local Code T4 to give counsel for defendant reasonable time to prepare.

1

**IT IS SO ORDERED.**

Dated:  December 5, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE